UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
BPS DIGITAL US, INC., d/b/a BARTERPAY,           :
:
                                    Plaintiff,        :          26-CV-1781 (JMF)
:
              -v-                                      :          ORDER
:
DEUTSCHE BANK AG et al.,                          :
:
                                    Defendants.       :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* ECF No. 30, Defendants' earlier
motion to dismiss filed at ECF No. 18 is hereby DENIED as moot.  Plaintiff's opposition to the
new motion to dismiss is due by **July 14, 2026**.  Defendants' reply, if any, is due by **July 21,
2026**.

       The Clerk of Court is directed to terminate ECF No. 18.

       SO ORDERED.

Dated: July 1, 2026
       New York, New York                        _____
                                                  JESSE M. FURMAN
                                                  United States District Judge